RECEIVED
OCT 29 2013
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 4:13-cr-00123 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| BRIAN ANDREW HARCOURT, | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(b) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

Between approximately August and September 2013, in the Southern District of Iowa and elsewhere, the defendant, BRIAN ANDREW HARCOURT, did use a facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activities for which a person could be charged with a criminal offense, to wit, Sexual Abuse in violation of Iowa Code Section 709.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Travel with Intent to Engage in Illicit Sexual Conduct)**

On or about September 27, 2013, in the Southern District of Iowa and elsewhere, the defendant, BRIAN ANDREW HARCOURT, travelled in interstate commerce, i.e. from the State of Massachusetts to the State of Iowa, for the purpose of engaging in illicit sexual conduct with another person, as defined in Title 18, United States Code, Section 2423(f), namely a sexual act

with another person who has attained the age of 12, but not the age of 16 years, and is at least 4 years younger than the defendant, as prohibited by Title 18, United States Code, Section 2243(a), had the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

This is a violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL.**

                                              /s/
                                              FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By:    */s/ Craig Peyton Gaumer*
       Craig Peyton Gaumer
       Assistant United States Attorney