IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) Criminal No. 4:13-cr-00123 |
| v. | ) </br> ) GOVERNMENT'S |
| BRIAN ANDREW HARCOURT, | ) SENTENCING BRIEF </br> ) |
| Defendant. | ) </br> ) |

The parties have entered into a plea agreement pursuant to Fed. R,. Crim. P. 11(c)(1)(C), which calls for a sentence at the middle of the advisory guidelines range, or 63 months of imprisonment.

The defendant's conduct is extraordinarily serious, insofar as he was caught on the verge of sexually exploiting a minor girl in a Pleasant Hill, Iowa, park in the early hours of the morning, after having driven from his home state of Massachusetts for the purpose of doing so.

To his credit, he readily admitted his purpose to law enforcement officers, and entered a guilty plea promptly in this case.

His dangerousness to society can be addressed by a combination of a term of incarceration, as well as a lengthy term of supervised release, and conditions that attempt to reasonably assure the safety of the community. A term of at least 20 years of supervised release seems appropriate.

The letter from the defendant's uncle should be ignored. His uncle asserts his nephew is "not a criminal" and he is "absolutely sure that there would have been no criminal intent involved." Nothing can be further from the truth. The defendant is a criminal, who preyed upon a troubled minor girl, and travelled to Iowa from New England to have sex with her.

However, the remainder of the letters provided in support of the defendant, as well as information in the PSR, establish that a sentence higher than the advisory guideline range is not warranted in this case.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By: /s/ *Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Craig.Gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  ____Fax  ____Hand Delivery

  x  ECF/Electronic filing   ____Other means

UNITED STATES ATTORNEY

By: /s/   *J. Beane*
        Legal Assistant